R. M. CUNNINGHAM *et al., Appellants,* v. THE CITY OF
IOLA *et al., Appellees.*

No. 17,290.

OPINION DENYING A REHEARING.

HEADNOTE BY THE REPORTER.

CITIES—*Ordinances.*— *Gas Plants* — *Pipe Lines* — *Fixing Rates.*
The city of Iola has power to supply its citizens with natural
gas and to enact ordinances fixing rates.

Appeal from Allen district court. Opinion denying
a rehearing, filed February 10, 1912. (For original
opinion, see *ante,* p. 86, 119 Pac. 317.)

*Frank R. Forrest,* for the appellants.

*Travis Morse,* and *G. E. Pees,* for the appellees.

The opinion of the court was delivered by

WEST, J.: Plaintiffs apply for a rehearing on the sole
ground that the opinion (*Cunningham v. City of Iola,*
ante, p. 86, 119 Pac. 317) assumed that they conceded
the power of the city to pass the ordinance in question
if it were reasonable, and call our attention to certain
statements in their brief to the effect that they did not
make such concession, but denied such power *in toto.*
While in the opinion it was assumed that such power
existed, it would have been so decided had we not un-
derstood it to be conceded. Section 750 of the General
Statutes of 1909 fully empowers the city to construct
and operate gas plants and to construct and maintain
pipe lines for the purpose of supplying its citizens with
gas, and this by necessary intendment carries with it the
power to fix the rates therefor; and, of course, the
proper method of fixing rates is by the enactment of an
ordinance. Application for rehearing denied.